**Electronically Filed
Supreme Court
SCWC-19-0000350
06-SEP-2024
11:51 AM
Dkt. 13 ODAC**

SCWC-19-0000350

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

PATRICK DONOHUE RUDERSDORF, also known as
PATRICK DONOHUERUDERSDORF SWANK,
Respondent/Defendant-Appellant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000350; CASE NO. 2DCW-18-0000900)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

The application for writ of certiorari filed on July 12, 2024, by Petitioner/Plaintiff-Appellee the State of Hawai'i is hereby rejected.

DATED: Honolulu, Hawai'i, September 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

